IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Lewis T. Babcock

Misc. Case No. 06-MC-0086-LTB

RE: The Admission of ERIK JOSEPH CECIL

_____

**ORDER**
_____

This matter has come to the attention of the Court on the Order to Show Cause issued by this Court and Response filed by the applicant. It now appears that ERIK JOSEPH CECIL has paid all required fees necessary for his admission to the bar of this Court. It is, therefore

ORDERED that the show cause order in this matter is discharged and this action is now closed.

DATED at Denver, Colorado this ___8th___ day of January, 2007.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Chief Judge, United States District Court